Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*
Jewish Legal News, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEWISH LEGAL NEWS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | Case No.: [Case No.] <br><br> **COMPLAINT** |

Jewish Legal News, Inc. ("JLN" or "Plaintiff"), by and through its undersigned counsel, alleges as follows:

1. This is an action under the Freedom of Information Act ("FOIA" or the "Act"), 5 U.S.C. § 552, for declaratory, injunctive, and other appropriate relief by the JLN against the Federal Aviation Administration, ("FAA" or "Defendant").

2. JLN is an online news magazine located at www.jewishlegalnews.com that covers important debates and issues in the Jewish communities in the US, Israel, and worldwide. Through public records requests, JLN seeks to inform the public about the government's responses to these issues.

3. By this action, JLN seeks to compel FAA to comply with their lawful obligations under FOIA to release the requested records in their possession regarding their instructions to U.S. airlines regarding flying to Israel, since American carriers have ceased flying to Israel for an extended period.

4. However, Defendant improperly withheld the records requested by Plaintiff in violation of FOIA and in opposition to the public's strong interest in obtaining information regarding FAA's efforts to discourage and/or encourage American carriers' flights to fly to Israel.

5. JLN's request is related to the FAA's response to Hamas' attack on Israeli civilians on October 7, 2023.

6. After October 7, 2023, FAA urged airlines to "use caution," but did not suspend flights to Israel.[1]

7. However, American carriers have issued several rounds of "suspensions" of service to Israel, lasting into 2025.

8. On September 4, 2024, U.S. Rep. Marc Molinaro (NY-19), a member of the House Transportation and Infrastructure Committee, sent a letter to the FAA asking why there is such a lack of flights to Israel.[2]

9. Plaintiff requested under FOIA records related to determine how the FAA was communicating with American carriers regarding service to Israel.

10. However, FAA failed to respond to Plaintiff's FOIA request.

---

[1] Gaffney, Melissa, and Amanda Maile. "Hamas Attack in Israel: State Department Issues Level 3 Advisory for Travel to Israel." ABC News, 12 Oct. 2023, https://abcnews.go.com/International/hamas-attacks-israel-airlines-suspended-flights-travel-advisory/story?id=103817646. Accessed 30 Oct. 2024.

[2] Molinaro, Marc. "Rep. Molinaro Calls On FAA To Resume American Flights To Israel." *Congressman Marc Molinaro*, 4 Sept. 2024, https://molinaro.house.gov/news/documentsingle.aspx?DocumentID=3350. Accessed 30 Oct. 2024.

COMPLAINT                                        2                                        [Case No.]

11. Federal Courts have jurisdiction to enjoin a pattern or practice of unlawfully withholding or delaying information in response to FOIA requests even if a party's claim related to a specific FOIA request is mooted. *See, e.g., Hajro v. United States Citizenship & Immigration Servs.*, 811 F.3d 1086, 1103 (9th Cir. 2016).

12. Plaintiff is statutorily entitled to disclosure of these requested records, which it seeks so that it may inform the public about this important issue on an expedited basis.

## JURISDICTION AND VENUE

13. This Court has subject matter jurisdiction over this action and personal jurisdiction over Defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

14. Venue is proper in this district under 5 U.S.C. § 552(a)(4)(B).

## DIVISIONAL ASSIGNMENT

15. Pursuant to Civil L.R. 3-2(c) and 3-5(b), this action should be assigned under Civil L.R. 3-2(c) and (d) to the San Francisco / Oakland division because the action arose in San Mateo County, California.

## PARTIES

16. Plaintiff Jewish Legal News, Inc. is a nonprofit California corporation located at 3 East 3rd Ave., Ste. 200, San Mateo, CA 94401.

17. Defendant Federal Aviation Administration ("FAA") is an agency of the federal government within the meaning of 5 U.S.C. § 551, 5 U.S.C. § 552(f), and 5 U.S.C. § 702, which has possession, custody, and/or control of the records that Plaintiff seeks.

18. The headquarters of FAA is located at 800 Independence Avenue SW, Room 300 East Washington, DC 20591.

## FACTUAL ALLEGATIONS

### Background

19. On October 7, 2023, before dawn on a holiday, Hamas forces disabled Israel's defenses and launched a surprise multi-pronged offensive attack on Israel.

20. Hamas forces murdered as many as fourteen hundred (1400) people and took nearly two hundred fifty (250) hostages.

21. On October 8, 2023, the FAA urged U.S. airlines to "exercise extreme caution" when flying in Israeli airspace in an updated Notice to Air Missions (NOTAM).

22. The FAA did not officially issue any warning that service to Israel should be suspended.

23. As a precaution, the three largest U.S. airlines suspended service temporarily.

24. But "temporary" suspensions have been extended into the long term. A "second round" of suspensions occurred in August 2024 because of Iranian and Hezbollah Threats.

25. The cancellations have rewarded terrorist groups and isolated Israel. Israel to the United States is only served by a single carrier.

26. Many Americans have been affected by these long-term suspensions and cancellations of flights.

27. For instance, one traveler explains: "I am one of the many people affected recently by these cancellations. I bought tickets on a major US airline in the spring to fly to the US on August 2. The airline canceled the flight around 36 hours before because of "unrest" in the Middle East…When my family's flight was canceled in early August, we were not provided with a solution by the airline. Instead, we had to scramble to find an Israeli carrier that would fly us to Athens. Then, we had to stay

overnight in Athens and board a German airline that flew us via Munich to Newark. In essence we ended up spending more than $10,000 dollars on new tickets and a hotel."[3]

28. Regarding a San Francisco family of four, *just six (6) hours prior to their flight*, United cancelled a confirmed trip from San Francisco to Tel Aviv, and refused to rebook the nonstop flight for *any date whatsoever*, stating in an email that United does not know when they will resume service:

> United made a schedule change and suspended service to TLV in light of the unsettled international conditions in that region. The three options that we provided to you were based on Rule 24 of United's Contract of Carriage. Your request to be repeatedly rebooked on flights to TLV until service is resumed at some unidentifiable point in the future is beyond the scope of our Contract of Carriage, and unfortunately it is not a request that we are able to accommodate.
>
> It appears that you were provided automatic refunds …We are hopeful that conditions will improve, and that you will soon be able to complete your desired trip to TLV so that your children can spent time with their extended family members.

29. American carriers' policies are purportedly geared towards security, but the security situation on the ground does not justify the flight suspensions. Israel's air defenses are better than they have been in any previous era. Israel's Arrow air defense system and David's Sling have proved themselves in this war. The US has also helped bolster Israel's defenses.

30. Yet, despite more support and better systems, international airlines are canceling flights anyway. This didn't happen in previous wars. Israel fought Hezbollah in 2006 and Hamas in 2009, 2012, and 2014, and also short rounds in 2018 and 2021, and there were no long-term massive cancellations.

---

[3] *See* Frantzman, Seth J. "Airline Flight Cancellation Chaos to Israel Is Unsustainable - Analysis." *The Jerusalem Post*, 29 Aug. 2024, www.jpost.com/israel-hamas-war/article-816925 (last visited October 31, 2024).

31. On August 28, 2024, Democratic Rep. Ritchie Torres (N.Y.) published a letter criticizing three major U.S. airlines for the continued suspension of flights to Israel, stating it is "effectively boycotting" the country.[4]

32. In a letter to the CEOs of American, Delta and United Airlines, Torres said the "prolonged" suspension of the airlines' flights to Israel has made air travel to Israel less accessible and more expensive.

33. "The lack of competition has made air travel to Israel less available and less affordable, putting customers at the mercy of a de facto monopoly that can easily gouge prices with impunity," Torres wrote to American Airlines CEO Robert Isom, Delta CEO Ed Bastian and United CEO Scott Kirby.

34. Torres noted the FAA has not issued a travel ban to Israel since the Oct. 7 attacks, as it did in 2014 for 36 hours for U.S. carriers traveling to Tel Aviv's Ben Gurion Airport.[5]

35. "It is one thing to temporarily suspend air travel to Israel on security grounds as defined by the FAA. But to unilaterally suspend air travel indefinitely until mid-2025, as American Airlines has done, has the practical effect of a boycott," he wrote.

36. "By what logic and in what universe is it safe for El Al to travel to Israel but too dangerous for American Airlines, Delta, and United to do so? It is worth noting that UAE airlines like Etihad, FlyDubai, and Wizz Air Abu Dhabi continue to fly to Israel without incident," he wrote.

37. El Al is an Israeli airline that has continued to offer direct flights from America to Israel.

---

[4] *See* Nazzaro, Miranda. "House Democrat Urges US Airlines to Restore Israel Flights." *The Hill*, 28 Aug. 2024, www.thehill.com/homenews/house/4852737-house-democrat-urges-us-airlines-restore-israel-flights/ (last visited October 31, 2024).

[5] Jacobs, Emily. "Rep. Torres Accuses U.S. Airlines of 'Effectively Boycotting' Israel." Jewish Insider, 28 Aug. 2024, https://jewishinsider.com/2024/08/rep-torres-accuses-u-s-airlines-of-practically-boycotting-israel/ (last visited October 31, 2024).

38. Molinaro noted the frustration of his constituents, many of whom had flights to Tel Aviv canceled with no clear timeline for resumption. He highlighted that non-U.S. airlines continue to fly into Israel without issue, while American carriers remain grounded. "Ben Gurion Airport in Tel Aviv is considered one of the safest airports in the world," Molinaro said.

39. The congressman also pointed out that the FAA's last warning regarding Israeli airspace was issued in October 2023, following Hamas' attack on Israel.

40. On September 16, 2024, Rep. Molinaro said he had not yet heard any response to the letter he sent to the FAA,[6] which set a deadline of Sept. 6, 2024.

41. "With no answers and Jewish travelers left in limbo, there's a growing perception that the FAA and DOT are getting involved in anti-Israel politics. They fear this is a boycott," Molinaro said in a statement.

42. The flight suspensions were extended after Iran launched missile attacks on Israel in April.

43. As of October 2024, Delta and American extended their suspensions to March 2025.

44. United Airlines' suspension is the most severe. United says its suspension is for the "foreseeable future and plans to resume them when it is safe for its customers and crew."[7]

---

[6] *See* Jacobs, Emily. "FAA Failing to Respond to Rep. Molinaro's Inquiry over Suspension of Flights to Israel." *Jewish Insider*, 16 Sept. 2024, https://jewishinsider.com/2024/09/federal-aviation-administration-rep-marc-molinaro-flights-israel/. Accessed 30 Oct. 2024.

[7] *See* "United Airlines Flights to Tel Aviv Remain Suspended." *The Times of Israel*, August 8, 2024, https://www.timesofisrael.com/liveblog_entry/united-airlines-flights-to-tel-aviv-remain-suspended/. Accessed 30 Oct. 2024.

45. United cancelled all Tel Aviv service for the remainder of its published schedule (through July 2025), including service to/from Chicago, San Francisco, and Washington-Dulles which were set to restart in November.[8]

**Plaintiff's FOIA Request**

46. On September 16, 2024, attorney Mark L. Javitch, on behalf of JLN, submitted a FOIA request to FAA via the online FOIA portal ("the portal"). The requests included:

1. Documents reflecting any instruction by the FAA to suspend or discourage flights to Israel.
2. Documents reflecting correspondence between the FAA and U.S. based airlines about the safety of flying into Israel in the past 12 months.
3. Documents reflecting correspondence between the FAA and the International Civil Aviation Organization about flights into Israel in the past twelve months.

*See* Exhibit "A"

**Defendant's Treatment of Plaintiff's FOIA Request**

47. It appears that Plaintiff's submission was successful because Plaintiff was able to access a copy of the request through FAA's FOIA Portal. *See* Exhibit "A."

48. On September 21, 2024, FAA sent a letter acknowledging receipt and assigning the request to the "FOIA Program Management Office" and assigning it tracking number 2024-07609. *See* Exhibit "B."

49. As of the filing of this Complaint, it has been more than 20 (twenty) working days since JLN's Request was submitted and acknowledged. Defendant failed to inform Plaintiff when it will process its request.

---

[8] *See* Backman, Melvin. "United Airlines Is Halting Flights to Israel as the Threat of War with Iran Looms." Quartz, 13 Aug. 2024, https://qz.com/united-israel-iran-palestine-hamas-hezbollah-war-1851621242. Accessed 30 Oct. 2024.

50. No further information or communication concerning the Request has been received or sent by Plaintiff.

51. As of the date of this filing, Defendant failed to:

　　a. Make a determination regarding Plaintiff's request;

　　b. produce the requested records or demonstrate that the requested records are lawfully exempt from production;

　　c. notify Plaintiff of the scope of any responsive records Defendant intends to produce or withhold and the reasons for any withholdings; or

　　d. inform Plaintiff that it may appeal any adequately specific adverse determination.

## CAUSE OF ACTION

### Violation of FOIA for Failure to Comply with Statutory Deadlines

52. Plaintiff incorporates the foregoing paragraphs herein.

53. Defendant is an agency subject to FOIA.

54. Plaintiff submitted a request. Through the Request, Plaintiff properly asked for records within the possession, custody and/or control of Defendant.

55. Defendant failed to make a determination with respect to Plaintiff's Request within the 20-working day deadline required by FOIA. 5 U.S.C. § 552(a)(6)(A).

56. Defendant did not claim that unusual circumstances existed that warranted additional time needed.

57. Defendant also failed to specify any date that the request would be completed.

58. Plaintiff has and/or is deemed to have exhausted applicable administrative remedies with respect to the Request. 5 U.S.C. § 552(a)(6)(A); *id*. § 552(a)(6)(C).

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1) order Defendant to conduct a reasonable search for all records responsive to Plaintiff's Request, and to immediately disclose all non-exempt records responsive to the Request in their entirety, as well as all non-exempt portions of responsive records;

2) declare that Plaintiff is entitled to disclosure of the records responsive to the Request;

3) enjoin Defendant from continuing to withhold all non-exempt records or portions thereof responsive to Plaintiff's Request;

4) award Plaintiff reasonable attorney's fees and costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

5) grant such other relief as the Court may deem just and proper.

Dated: October 31, 2024                      Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (CA# 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Tel: (650) 781-8000
Fax: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*
Jewish Legal News, Inc.