1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ANDREW MAINARDI (NYBN 5431697)
   Assistant United States Attorney
4

5      1301 Clay Street, Suite 340S
       Oakland, CA 94612
6      Telephone: (510) 788-3509
       Facsimile: (415) 436-7234
7      E-mail: andrew.mainardi@usdoj.gov

8  Attorneys for Defendants

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                OAKLAND DIVISION

12

13  JEWISH LEGAL NEWS, INC.,              ) No. 4:24-cv-07565-HSG
                        Plaintiff,        )
14                                        ) **STIPULATION TO EXTEND TIME; ORDER**
        v.                                ) **(as modified)**
15                                        )
    FEDERAL AVIATION ADMINISTRATION,      )
16                                        ) **Case Management Conference Current**
                        Defendant.        ) **Date/Time:  January 28, 2025 at 2:00 p.m.**
17                                        ) **Judge:  Haywood S. Gilliam, Jr.**
                                          )
18                                        )
                                          )
19                                        )
                                          )
20

21  Plaintiff and Defendant, by their attorneys of record ("The Parties"), hereby stipulate as follows:

22      WHEREAS, Plaintiff filed the Complaint in this Freedom of Information Act ("FOIA") lawsuit

23  on October 31, 2024 and served Defendant on November 4, 2024. Dkt. No. 1;

24      WHEREAS, there have been no other requests for time modifications in this matter;

25      WHEREAS, to afford Defendant additional time to respond to Plaintiff's Complaint and to

26  afford the Parties time to confer over the scope of Plaintiff's FOIA request and the production of

27  documents responsive to the request;

28      THE PARTIES HEREBY STIPULATE AND REQUEST, pursuant to Civil Local Rule 6-1(a),

STIPULATION; ORDER
Case No.: 4: 24-cv-07565-HSG

that the time within which Defendant must answer or otherwise respond to the Complaint be extended from December 4, 2024 to December 20, 2024, and;

      THE PARTIES FURTHER STIPULATE AND REQUEST, pursuant to Civil Local Rule 6-1(b), that the Initial Case Management Conference, currently scheduled for January 28, 2025 at 2:00 p.m., be continued to February 25, 2025 at 2:00 p.m., or a day and time that is suitable to the Court, and that the due date for filing the Case Management Statement be reset accordingly.

Respectfully submitted,

DATED: November 26, 2024　　　　　　　　JAVITCH LAW OFFICE

      */s/ Mark L. Javitch*\*  
MARK L. JAVITCH

Attorney for Plaintiff

DATED: November 26, 2024　　　　　　　　ISMAIL J. RAMSEY

United States Attorney

      */s/ Andrew Mainardi*  
BY: ANDREW MAINARDI  
Assistant United States Attorney  
Attorneys for Defendants

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.*

STIPULATION; ORDER  
Case No.: 4: 24-cv-07565-HSG

ORDER

The above STIPULATION is approved for this case and all parties shall comply with its provisions as follows:

1. Defendant's time within which to answer or otherwise respond to Plaintiff's Complaint is extended from December 4, 2024 to December 20, 2024, and;

2. The Initial Case Management Conference, currently set for January 28, 2025 at 2:00 p.m., is hereby reset to February 25, 2025 at 2:00 p.m. and the due date for the Initial Joint Case Management Statement is reset to February 18, 2025. The Zoom webinar information and instructions remain the same as previously provided in docket no. 9.

IT IS SO ORDERED.

Dated:  11/27/2024

*Haywood S. Gilliam, Jr.*

Hon. Haywood S. Gilliam, Jr.