```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ANDREW MAINARDI (NYBN 5431697)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 788-3509
    Facsimile: (415) 436-7234
    E-mail: andrew.mainardi@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEWISH LEGAL NEWS, INC., <br> Plaintiff, <br> v. <br> FEDERAL AVIATION ADMINISTRATION, <br> Defendant. | No. 4:24-cv-07565-HSG <br><br> **STIPULATION TO EXTEND TIME;** <br> **ORDER (as modified)** <br><br> **Case Management Conference Current Date/ Time: February 25, 2025 at 2:00 p.m. Judge: Haywood S. Gilliam, Jr.** |

Plaintiff and Defendant, by their attorneys of record ("The Parties"), hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this Freedom of Information Act ("FOIA") lawsuit on October 31, 2024 and served Defendant on November 4, 2024. Dkt. No. 1;

WHEREAS, this Court granted the Parties' stipulated request to continue the Initial Case Management Conference from January 28, 2024 at 2:00 p.m. to February 25, 2025 at 2:00 p.m. Dkt. Nos, 12, 13.

WHEREAS, there have been no other requests for time modifications in this matter;

WHEREAS, to because the undersigned counsel for Defendant is on parental leave until March

STIPULATION; ORDER
Case No.: 4: 24-cv-07565-HSG

2025 and to afford the Parties to confer over the scope of Plaintiff's FOIA request and the production of documents responsive to the request;

THE PARTIES HEREBY STIPULATE AND REQUEST, pursuant to Civil Local Rule 6-1(b), that the Initial Case Management Conference, currently scheduled for February 25, 2025 at 2:00 p.m., be continued to March 25, 2025 at 2:00 p.m., or a day and time that is suitable to the Court, and that the due date for filing the Case Management Statement be reset accordingly.

Respectfully submitted,

DATED: January 17, 2025                         JAVITCH LAW OFFICE

                                                            */s/ Mark L. Javitch\**
MARK L. JAVITCH

Attorney for Plaintiff

DATED: January 17, 2025                         ISMAIL J. RAMSEY

United States Attorney

                                                            */s/ Andrew Mainardi*
BY: ANDREW MAINARDI
Assistant United States Attorney
Attorneys for Defendants

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.*

STIPULATION; ORDER
Case No.: 4: 24-cv-07565-HSG

ORDER

The above STIPULATION is approved for this case and all parties shall comply with its provisions as follows: The Initial Case Management Conference, currently set for February 25 at 2:00 p.m., is hereby reset to March 25, 2025 at 2:00 p.m., and the due date for the Initial Joint Case Management Statement is reset to March 18th. The Zoom webinar information and instructions remain the same as previously provided in docket no. 9.

IT IS SO ORDERED.

Dated:  1/21/2025

Hon. Haywood S. Gilliam, Jr.